**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

G.D.M.A.,

Petitioner,

v.

CHRISTOPHER CHESTNUT,

Respondents.

No. 1:26-cv-00938-JLT-EGC (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITIONER'S MOTION FOR FEES

(Docs. 13, 18)

G.D.M.A. is a former federal detainee proceeding by counsel. They initiated this action by filing a petition for writ of habeas corpus under 28 U.S.C. § 2241 on February 3, 2026. (Doc. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(17).

On September 8, 2026, the assigned magistrate judge issued findings and recommendations to grant Petitioner's motion for award of attorney's fees pursuant to 28 U.S.C. § 2412. (Doc. 18.) Specifically, the magistrate judge recommended that Respondents be ordered to remit to counsel for Petitioner attorney's fees and expenses in the amount of $8,160.65. *Id.* at 9. The Court served the findings and recommendations on all parties. Respondent did not file timely objections.

According to 28 U.S.C. § 636(b)(1), the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and

recommendations are supported by the record and by proper analysis. Accordingly, the Court **ORDERS**:

1. The findings and recommendations issued on September 8, 2026 (Doc. 18) are **ADOPTED** in full.

2. Petitioner's motion for award of attorney's fees pursuant to 28 U.S.C. § 2412 (Doc. 13) is **GRANTED**:

   a. Respondents are **ORDERED** to remit to counsel for Petitioner attorney's fees and expenses in the amount of $8,160.65.

   b. This award shall be made payable to Petitioner, but if the Department of the Treasury determines that Petitioner does not owe a federal debt, then Respondents shall cause the payment of attorney's fees and expenses to be made directly to Petitioner's counsel.

IT IS SO ORDERED.

Dated: November 10, 2026

UNITED STATES DISTRICT JUDGE